Larry Zerner (SBN 155473)
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
Email: Larry@ZernerLaw.com

Attorneys for Plaintiff Kenady Nash

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENADY NASH,<br><br>  Plaintiff,<br><br>  vs.<br><br>KIKOFF INC., a Delaware corporation<br>XINYI CHEN aka CYNTHIA CHEN,<br>an individual and DOES 1-10,<br>Inclusive,<br><br>  Defendants | Case No.: 3:23-cv-04271 TLT<br><br>NOTICE OF DISMISSAL |

TO THE HONORABLE COURT:

Plaintiff Kenady Nash hereby dismisses this case in its entirety with prejudice.

This dismissal is made pursuant to FRCP 41((a)(1)(A).

DATED: November 21, 2023

By: __/s/Larry Zerner_____
Larry Zerner
Attorney for Plaintiff Kenady Nash